UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ARGENIS TAVAREZ,
       a/k/a "A-Kash,"
       a/k/a "Nose,"

               *Defendant.*

**Protective Order Modification**

**22 Cr. 293 (JPO)**

        Upon the application of the United States of America, with the consent of the undersigned counsel, and the defendants having requested discovery under Fed. R. Crim. P. 16, the Court hereby finds and orders as follows:

        1. On July 26, 2022, the Court entered a Protective Order (the "Protective Order") (Dkt. 77) to govern discovery materials in this matter that was signed by all parties then in the case. On July 29, 2022, the Court amended the Protective Order (Dkt. 80) to explicitly allow disclosure of discovery materials to the Coordinating Discovery Attorney. A copy of the Protective Order as amended is attached here as Exhibit A.

        2. Defendants Argenis Tavarez was arrested on or about January 9, 2024. The same day, Thomas Dunn, Esq. was appointed to represent Tavarez.

        3. Counsel for Tavarez, Thomas Dunn, Esq., agrees to be bound by the terms of the Protective Order.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

by: /s/ Ashley C. Nicolas                             Date:   January 12, 2023
    Kevin Mead
    Sarah L. Kushner
    Ashley C. Nicolas
    Assistant United States Attorneys

_____     Date: January 19, 2024
Thomas Dunn, Esq.
Counsel for Argenis Tavarez


SO ORDERED:

Dated: New York, New York
       January 22, 2024

                                              _____
                                                  J. PAUL OETKEN
                                                  United States District Judge