**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

BY ECF

September 17, 2024

Honorable J. Paul Oetken
United States District Judge
United States District Court
40 Foley Square
New York, N.Y 10007

Re: *United States v. Argenis Tavarez*,
    22 Cr. 293 (JPO)

Dear Judge Oetken:

I represent Argenis Tavarez, who is a defendant in *United States v Nunez, et al*. I am unable to attend the conference in this matter on Wednesday. I request to be excused from the conference because of personal reasons. Calvin Scholar agreed to stand up for Mr. Tavarez with Your Honor's permission. I discussed with Mr. Tavarez my inability to attend the conference, and that Mr. Scholar will stand in for me. Mr. Tavarez advised he consents to having Mr. Scholar stand in for me at the conference.

Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

Granted.
So ordered.
 9/17/2024

_____
J. PAUL OETKEN
United States District Judge